UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

KENNETH S. DILLEY

CIVIL ACTION

NO. 04-75-JJB

## RULING AND ORDER

The court has carefully considered Dilley's motion to vacate (doc. 153) under §2255, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated December 7, 2009 (doc. no. 164), and Dilley's objection (doc. 165) to the magistrate judge's report.

The court finds that the factual and legal conclusions of the magistrate judge are clearly correct. The report and recommendation is hereby APPROVED and ADOPTED as the court's reasons herein. In his objections, Dilley reasserts arguments based upon the PSR's findings of "increased drug amount"[1] that are not expressly addressed in the Report and Recommendation.[2] However, the court finds these arguments lack merit for the reasons stated by the government in its

---

[1] Dilley argues that his counsel was ineffective in not objecting to the PSR's use of 1,513 grams of methamphetamine, as opposed to 57 grams (the amount found by the jury).

[2] While the Report does not expressly address the "obstruction of justice" finding in the PSR, Dilley's counsel also made an objection to this finding. Hence, Dilley has no ineffective assistance counsel claim stemming from this finding either.

opposition (doc. 158). Accordingly;

IT IS ORDERED that Dilley's motion to vacate (doc. 153) under §2255 be DENIED.

Baton Rouge, Louisiana, January 7th, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA